## JOE MANICCHIA V. STATE

No. 31,972. May 25, 1960
Motion for Rehearing Overruled June 25, 1960

*J. P. Moseley,* Dallas 2, for appellant.

*Henry Wade,* Criminal District Attorney, *Jack Pevehouse, Dan Stansbury, Phil Burleson,* Assistants District Attorney, Dallas, and *Leon Douglas,* State's Attorney, Austin, for the state.

WOODLEY, Judge.

The offense is selling beer during prohibited hours; the punishment, a fine of $200.

The complaint and information alleged that appellant sold beer to Ru*pert* Lloyd Sessions on Sunday between the hours of 1 o'clock A.M. and 1 o'clock P.M.

The alleged purchaser did not testify.

A police officer testified to facts sufficient to sustain a finding that appellant sold 14 cans of beer to a man who identified himself to the officer as Ru*ford* Lloyd Sessions.

The complaint and information alleging the sale of beer to Ru*pert* Lloyd Sessions, evidence of a sale to Ru*pert* Lloyd Sessions would be insufficient because of the variance, "Rupert" and "Ruford" not being idem sonans. 23 Tex. Jur. 685, Sec. 70; Chaney v. State, 59 Tex. Cr. R. 283, 128 S.W. 614; Albidrez v. State, 158 Tex. Cr. R. 229, 254 S.W. 2d 522; Marshall v. State, 157 Tex. Cr. R. 340, 248 S.W. 2d 931.

The judgment is reversed and the cause remanded.